166 F.3d 1204
 22 Employee Benefits Cas. 1843,
Pens. Plan Guide (CCH) P 23,950D
Norbert S. Belfer, Corrine Belfer, as Executrix of Estate of
Norbert S. Belfer, Deceased
v.
Elaine Zee, Individually, as Plan Administrator of Lighting
World, Inc. Employees Profit-Sharing Plan, Delaware Charter
Guarantee & Trust Company, Trustee of Lighting World, Inc.
Employees Profit-Sharing Plan, Burce Belfer, Linda Merling,
Marc Belfer, Lighting World, Inc.
 NOS. 97-5725, 98-5153
 United States Court of Appeals,
Third Circuit.
 September 22, 1998
 
 1
 Appeal From: D.N.J.
 
 
 2
 Affirmed in part, Reversed in part.